UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-1232 PSG (MANx) | Date | June 13, 2008 |
|---|---|---|---|
| Title | Patrick Seamans v. Kim Belshe, *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers) Order DENYING Plaintiff's Motion for Partial Judgment: CDSS and DHSS: IHSS Share of Cost, and IHSS Service Hours, Motion for Partial Summary Judgment Re: CHHS Department of Development Services (DDS), and Motion for Decision Re: Plaintiff's Court Communication Assistance**

Before this Court are three motions by Plaintiff: (1) Motion for Partial Judgment: CDSS and DHSS: IHSS Share of Cost, and IHSS Service Hours (Dock. No. 119); (2) Motion for Partial Summary Judgment Re: CHHS Department of Development Services (DDS) (Dock. No. 121) and; (3) Motion for Decision Re: Plaintiff's Court Communication Assistance (Dock. No. 122.) The Court finds these matters appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local R. 7-15.

Local R.7-3 requires counsel contemplating the filing of any motion to "first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." With certain exceptions, "the conference shall take place at least twenty (20) days prior to the filing of the motion. If the parties are unable to reach a resolution which eliminates the necessity for a hearing, counsel for the moving party shall include in the notice of motion a statement to the following effect." Local R.7-3

Plaintiff has failed to indicate in his motion papers whether before filing the three motions, he met and conferred with opposing counsel in accordance with Local R. 7-3. Accordingly, the Court DENIES Plaintiffs' three motions. This renders moot Defendant's "Motion to Strike, and Alternatively, Opposition to Plaintiff's Motions for Partial Judgment Against DDS, DSS, and DHCS" filed on June 11, 2008. (Dock. No. 134.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-1232 PSG (MANx) | Date | June 13, 2008 |
|---|---|---|---|
| Title | Patrick Seamans v. Kim Belshe, *et al.* | | |

IT IS SO ORDERED.

                                                                                                                                                                                                  :

Initials of Preparer