O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

link #150

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-1232 PSG (MANx) | Date | August 15, 2008 |
|---|---|---|---|
| Title | Patrick Seamans v. Kim Belshe, *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DENYING Plaintiff's Ex Parte Motion for Correction of Minute Orders Dated July 17, 2008

    Before this Court is Plaintiff's *Ex Parte* Motion for Correction of Minute Orders Dated July 17, 2008. The Court finds this matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local R. 7-15.

    In this motion, Plaintiff asks that the Court correct the July 17, 2008 Minute Order, which denied Plaintiff's request to substitute Paulette Caswell as his "representative" and attorney of record. (Dock. No. 149.) Because Plaintiff apparently seeks to alter the Court's July 17, 2008 Minute Order, the Court construes Plaintiff's motion as one for reconsideration

    Local Rule 7-18 provides:

> A motion for reconsideration of the decision on any motion may be made only on the grounds of (a) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision, or (b) the emergence of new material facts or a change of law occurring after the time of such decision, or (c) a manifest showing of a failure to consider material facts presented to the Court before such decision. No motion for reconsideration shall in any manner repeat any oral or written argument made in support of or in opposition to the original motion.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**link #150**

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-1232 PSG (MANx) | Date | August 15, 2008 |
|---|---|---|---|
| Title | Patrick Seamans v. Kim Belshe, *et al.* | | |

      Plaintiff has failed to set forth any of the three requisite grounds for a motion for reconsideration.  He has not cited a "material difference in fact or law" which he could not, with the exercise of reasonable diligence, have known at the time of the Court's denial of the remand.  *See* Local Rule 7-18.  Nor has he shown the emergence of "new material facts," "change of law," or this Court's failure "to consider material facts" at the time of the decision.  *Id.*  Consequently, Plaintiff's Ex Parte Motion for Correction of Minute Order Dated July 17, 2008 is hereby DENIED

      IT IS SO ORDERED.

                                                                                                                                                                                                                                                                                                            : _____

                                                                 Initials of Preparer