O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-1232 PSG (MANx) | Date | August 21, 2008 |
|---|---|---|---|
| Title | Patrick Seamans v. Kim Belshe, *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings:**   **(In Chambers) Order DENYING Plaintiff's Ex Parte Motion for Reconsideration of July 17, 2008 and August 15, 2008 Minute Orders**

Before this Court is Plaintiff's *Ex Parte* Motion for Reconsideration of the July 17, 2008 and August 15, 2008 Minute Orders. The Court finds this matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local R. 7-15.

In this motion, Plaintiff asks the Court to reconsider the decision held in the July 17, 2008 and August 15, 2008 Minute Orders, which denied Plaintiff's request to substitute Paulette Caswell as his "representative" and attorney of record. Motions for reconsideration are governed by Local Rule 7-18, which provides:

> A motion for reconsideration of the decision on any motion may be made only on the grounds of (a) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision, or (b) the emergence of new material facts or a change of law occurring after the time of such decision, or (c) a manifest showing of a failure to consider material facts presented to the Court before such decision. No motion for reconsideration shall in any manner repeat any oral or written argument made in support of or in opposition to the original motion.

O

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-1232 PSG (MANx) | Date | August 21, 2008 |
|---|---|---|---|
| Title | Patrick Seamans v. Kim Belshe, *et al.* | | |

  In this motion for reconsideration, Plaintiff appears to raise one new issue. Plaintiff complains that, "Judge Gutierrez has continually and consistently denied Plaintiff his Constitutional Right to Freedom of Speech in this Court" and that he continues to take matters "under submission at the very last minute." Ex Parte Motion, ¶ 2.

  Federal Rule fo Civil Procedure 78 (b) provides that, "By rule or order, the court may provide for submitting and determining motions on briefs, without oral hearings." Moreover, Local Rule 7-15 provides:

> Counsel may, with the consent of the Court, waive oral argument. Counsel who have agreed to waive oral argument shall advise the court clerk of such agreement by no later than noon on the third court day preceding the hearing date. The court clerk shall advise the parties by no later than noon on the court day preceding the hearing date as to whether the Court has consented to the waiver of oral argument. The Court may dispense with oral argument on any motion except where an oral hearing is required by statute, the F.R.Civ.P. or these Local Rules.

  Therefore, it is within the Court's discretion to take a motion under submission and Plaintiff does not have a constitutional right to a hearing.

  With respect to the remainder of Plaintiff's motion, Plaintiff has failed to set forth any of the three requisite grounds for a motion for reconsideration. He has not cited a "material difference in fact or law," which he could not, with the exercise of reasonable diligence, have known at the time of the Court's denial of the remand. *See* Local Rule 7-18. Nor has he shown the emergence of "new material facts," "change of law," or this Court's failure "to consider material facts" at the time of the decision. *Id.*

  For the reasons above, Plaintiff's Ex Parte Motion for Reconsideration of the July 17, 2008 and August 15, 2008 Minute Orders is hereby DENIED

  IT IS SO ORDERED.