IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK W. SEAMANS,<br><br>                         Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF SOCIAL SERVICES,<br><br>                        Defendant. | CV06-01232 PSG (MANx)<br><br>**[PROPOSED] JUDGMENT** |

For the reasons set forth in the Court's Order Granting Summary Judgment for Defendant Kim Belshe,

IT IS ORDERED AND ADJUDGED

that Plaintiff Patrick Seamans take nothing, that the action be dismissed because Plaintiff failed to allege a sound legal basis for his claims, and that each party bear its own costs of the action.

Dated: 11/18/08

The Honorable Philip S. Gutierrez
United States District Court Judge

1

# DECLARATION OF SERVICE

Case Name: **Seamans, Patrick W. v. DSS**
No.:            **CV06-01232 PSG (MANx)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA 90013. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 18, 2008</u>, I served the attached **[PROPOSED] JUDGMENT** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope with postage thereof fully prepaid, in the internal mail system of the Office of the Attorney General, addressed as follows:

Patrick William Seamans, Ph.D.
647 N. Gardner Street
Los Angeles, CA 90036-5712
            *Plaintiff In Pro Per*
**E-mail Address:**
pwseamans@sbcglobal.net

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 18, 2008, at Los Angeles, California.

_____          _____
            Jin S. Nam                                                 Signature
            Declarant

50339148.wpd